**FILED**

08/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0589

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                      O R D E R

MIKEL S. LETHERMAN,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2023